# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST BANK OF DELAWARE, a<br>Delaware Corporation, | : |
| Plaintiff, | : |
| v. | : |
| LEANSPA, LLC, a Connecticut limited liability<br>company; | CIVIL ACTION NO. 11-00675-UNA |
| BORIS MIZHEN, an individual; | : |
| CHECK21.COM, LLC, a Florida Limited<br>Liability Company; | : |
| IDO MEROS, an individual; | : |
| Defendants | **Related to Docket Nos. 1, 3, 5 and 6** |

## EXHIBIT A TO COMPLAINT

### *****PUBLIC VERSION*****

Dated: August 5, 2011

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Maria Aprile Sawczuk (No. 3320)
**STEVENS & LEE, P.C.**
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310; -3306
Facsimile: (610) 371-7972; (610) 988-0838
E-mail: jhh/masa@stevenslee.com

-and-

Co-Counsel:

Theodore F. Monroe
**LAW OFFICES OF THEODORE F.
MONROE**
801 South Figueroa Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 233-2272
Facsimile: (213) 622-1444
E-mail: monroe@tfmlaw.com

Daniel B. Huyett
Jeffrey D. Bukowski
**STEVENS & LEE, P.C.**
111 North Sixth Street
Reading, PA 19603-0679
Telephone: (610) 478-2219; (610) 478-2215
Facsimile: (610) 988-0801; (610) 478-0805
E-mail: dbh/ jdb@stevenslee.com

*Attorneys for Plaintiff First Bank of Delaware*

## MERCHANT ISO AGREEMENT

This MERCHANT ISO AGREEMENT (this "Agreement"), dated as of March 2, 2010 is made by and between First Bank of Delaware, a Delaware state chartered bank ("FBD") with principal offices located at 1000 Rocky Run Parkway, Wilmington, DE 19803, and Check21.com LLC.., a Florida Corporation with principal offices located at 4208 N 31 Ave, Suite #3, Hollywood, FL 33021 ("ISO").

### RECITALS:



PAGES 2 through 21 Redacted IN FULL

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized officers.

**First Bank of Delaware**

By: _____

Alonzo J. Primus
Chief Executive Officer/President

Date: _____

**Check21.com LLC.**

By: _____

Ido Meros, SVP

Date: March 2, 2010 _____



**Schedule A**

**FBD ISO CREDIT POLICY**

[ATTACHED AS THE IMMEDIATELY FOLLOWING PAGES]

**Schedule B**

**THE MARKET**



| Schedule C |
|---|

### THIRD PARTY SERVICE PROVIDERS

| Type of Service Offered: | Products with Respect to which Service is Provided: | Approved Third Party Service Provider |
|---|---|---|
|  |  |  |

**Schedule D**

**ISO SERVICES**

ISO will provide the following services:



**Schedule E**

**OTHER BUSINESSES OF ISO**

ISO provides other business services as outlined below:

**Schedule F**

### CODE OF ETHICS FOR ISO SALES REPRESENTATIVES

*TO BE SIGNED BY ALL PRINCIPALS AND SALES REPRESENTATIVES OF ISO*



28



Name of Salesperson: _____ Ido Meros _____
(Full Name-Printed or Typed)

Signature of Salesperson: _____ *Ido Me___* _____
Date of Signature: _____3/2/10_____
Resident Street Address: _____ 4000 N 49 Ave, Hollywood FL 33021 _____
Name of FBD Registered ISO: Check21.com LLC.

**Schedule G**

**FBD ISO RULES**

**A.      GENERAL:**





31

**Schedule H**

**REGISTRATION DOCUMENTS**

[ATTACHED AS IMMEDIATELY FOLLOWING PAGES]

## Schedule I

**SPECIFIC PROVISIONS OF APPLICABLE LAW**





**Schedule J**

**ISO BUSINESS LOCATIONS**

List Business Locations



**Schedule K**

ISO shall pay the following amounts to FBD:



**Schedule L**

**HIGH RISK AND REGISTERED HIGH RISK MERCHANTS**





**Schedule M**



| Schedule N |
| --- |

See Attached Sample Merchant Agreement

40

**Schedule O**

The following Merchant categories are prohibited by FBD:



**Schedule P**

List of Principals of ISO:

## Schedule Q

See attached Merchant Underwriting Requirements.

## FIRST AMENDMENT TO MERCHANT ISO AGREEMENT

This First Amendment to Participation Agreement (this "Amendment"), effective as of March 3, 2011 ("Amendment Effective Date), is entered into by and between First Bank of Delaware, a Delaware state bank ("Bank") and Check 21.com LLC, a Florida limited liability corporation ("ISO").

### *Recitals*

A.      Whereas, FBD and ISO entered into that certain Merchant ISO Agreement, effective as of March 2, 2010 (the "Original Agreement").

B.      Whereas, the parties mutually wish to amend the Original Agreement as set forth in this Amendment.

NOW, THEREFORE, in consideration of the foregoing and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows.





IN WITNESS WHEREOF, this Amendment has been executed and delivered by duly authorized representatives of each party hereto as of the Amendment Effective Date.

**CHECK 21.com, LLC.**

By: _Ido Mn_

Name: Ido Meros

Title: Chief Executive Officer

Date: March 2, 2011

**FIRST BANK OF DELAWARE**

By: _____

Name: Alonzo J. Primus

Title: Chief Executive Officer

Date: March 2, 2011

| Schedule K |
|---|

ISO shall pay the following amounts to FBD:



