# GT GreenbergTraurig

Eve H. Ormerod
Tel 302.661.7390
Fax 302.661.7178
ormerode@gtlaw.com

October 31, 2011

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31
Wilmington, DE 19801-3568

Re:   <u>First Bank of Delaware v. LeanSpa, LLC</u>, C.A. No. 11-00675 (SLR)

Dear Judge Robinson:

Pursuant to Rule 7.1.2(b) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, we respectfully submit the attached subsequent authority in further support of Defendant Boris Mizhen's Motion to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure (D.I. 21).

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*Eve H. Ormerod*
Eve H. Ormerod

Enclosure

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS

*OPERATES AS GREENBERG TRAURIG MAHER LLP
**STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
The Nemours Building ■ 1007 North Orange Street ■ Suite 1200 ■ Wilmington, DE 19801 ■ Tel 302.661.7000 ■ Fax 302.661.7360